# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133465

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MIQUEL PEREZ-HERNANDEZ,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133465
COA: 261729
Wayne CC: 04-011607-01

On order of the Court, the application for leave to appeal the January 23, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

s0723

_____
Clerk